IN THE CIRCUIT COURT FOR THE ___Cook___ JUDICIAL COURT **FILED**

___Cook___ COUNTY, ILLINOIS

JUN 30 2008

CLERK, U.S. ~~~~ ~~~~ COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Ronald Cleveland,
    Petitioner,

v.

State of IL.,
    Respondent.

)
)
)
)
)
)

No. ___03 CR 26653-0___

08-466-JPG

## APPLICATION TO SUE OR DEFEND AS A POOR PERSON

Applicant, _Ronald Cleveland_ respectfully requests the Court, pursuant to Illinois Revised Statutes, ch. 110, sec. 5-105 [after 1992 see 735 ILCS 5/5-105] and Rule 298 of the Illinois Supreme Court, to grant (him/her) leave to (sue/defend) as a poor person; in support applicant states that the following facts are true in substance and in fact:

1. I am the (Petitioner/Respondent) in the above captioned legal proceedings.
2. I am a poor person and unable to (prosecute/defend) this action and am unable to pay the costs, fees and expenses of this action.
3. My occupation or means of subsistence:
   (a) I am not currently employed due to my imprisonment at _Vienna_ Correctional Center but I receive (a state stipend/nominal wages) of $ _15⁰⁰_ per month.
   (b) The amount and source of all other income or support are:
   ___none___
4. My total income for the preceding year was $ _0_ .
5. The sources and amount of income expected by me hereafter are:
   ___$15⁰⁰ - state pay - monthly___
6. The nature and current value of any property, real or personal, owned by me:
   (a) Real Estate: _0_
       value: $ _0_
   (b) Motor Vehicle: _0_
       value: $ _0_
   (c) Cash, savings, checking, etc. _0_
       value: $ _0_
   (d) Prison trust account: _0_
       value: $ _0_
   (e) Other (eg., T.V., etc.) _0_
       value: $ _0_
7. No applications for leave to sue or defend as a poor person were filed by me or on my behalf during the preceding year, except as follows:
   ___none___
8. I believe in good faith that I have a meritorious (claim/defense).

_Ronald Cleveland_
(Your signature)

Type or print name _Ronald Cleveland_
Register Number: _N 90847_
_Vienna_ Correctional Center
Box _100_
_Vienna_ , Illinois _62995_
(Petitioner/Respondent), Pro Se

b.    ☐ Business, ☐ profession or ☐ other self-employment      ☐Yes    ☒No
Amount_____Received by_____

c.    ☐ Rent payments, ☐ interest or ☐ dividends      ☐Yes    ☒No
Amount_____Received by_____

d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers'
compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
☐Yes    ☒No
Amount_____Received by_____

e.    ☐ Gifts or ☐ inheritances      ☐Yes    ☒No
Amount_____Received by_____

f.    ☐Any other sources (state source:_____)    ☐Yes    ☒No
Amount_____Received by_____

4.    Do you or anyone else living at the same residence have more than $200 in cash or checking or
savings accounts?            ☐Yes      ☒No      Total amount:_____
In whose name held:_____ Relationship to you:_____

5.    Do you or anyone else living at the same residence own any stocks, bonds, securities or other
financial instruments?            ☐Yes      ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6.    Do you or anyone else living at the same residence own any real estate (houses, apartments,
condominiums, cooperatives, two-flats, three-flats, etc.)?      ☐Yes      ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7.    Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile
homes or other items of personal property with a current market value of more than $1000?
☐Yes      ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8.    List the persons who are dependent on you for support, state your relationship to each person and
indicate how much you contribute monthly to their support. If none, check here ☒No dependents
_____
_____

DECLARATION UNDER PENALTY OF PERJURY

I, *Ronald Cleveland* ' pro se, declare under penalty
of perjury that I am the maker of the foregoing pleading/document, that
I have read the contents thereof , and that the information contained
therein is true and correct. I further declare under penalty of perjury
that the EXHIBITS (if any) attached to the foregoing pleading/document
are what they are represented to be and that the information contained
therein is true and correct and is a matter of record. 28 U.S.C. § 1746
and 18 U.S.C § 1621.

Signed this *25th* day of *June*  '*2008* '

*Ronald Cleveland*
[Signature]


CERTIFICATE OF SERVICE

I, *Ronald Cleveland* ' pro se, hereby certify that the
proper number of copies of the foregoing pleading/document have been mailed
to the clerk of the court and to [Opposing parties] and/or [Opposing counsel]
of record in this cause by placing the copies, with first class postage
paid, in the United States Mail at th Shawnee Correctional Center, Vienna,
Illinois, 62995, on this _____ day of _____, 20___. This
Certificate of Service is made under penalty of perjury. 28 U.S.C § 1746
and 18 U.S.C § 1621.

Signed this *25th* day of *June* , *2008.*

*Ronald Cleveland*
[Signature]

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate</u> <u>institutional officer or officers showing all receipts, expenditures and balances during the last six months</u> <u>in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each</u> <u>institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

## CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant named herein, _Cleveland, Ronald_, I.D.# _N90847_____, has the sum of $ _70.60  XXXXX_ on account to his/her credit at (name of institution) _Vienna Correctional Center_ I further certify that the applicant has the following securities to his/her credit: ____N/A_____. I further certify that during the past six months the applicant's average monthly deposit was $ _XXXXXXXXXXXX_ . (<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

_____6/9/08_____
DATE

_____Shari Verkey, Trust Office_____
SIGNATURE OF AUTHORIZED OFFICER

_____Shari Verkey_____
(Print name)

rev. 7/18/02

-4-

**Trust Fund**

View Transactions

**Inmate:** N90847 Cleveland, Ronald          **Housing Unit:** VIE-02-D -14

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|---|--------|---------|
| | | | | | | Beginning Balance: | | 0.00 |
| 01/23/08 | Mail Room | 04 Intake and Transfers In | 023234 | 128369 | Shawnee C.C. | | 124.61 | 124.61 |
| 01/28/08 | Point of Sale | 60 Commissary | 028779 | 315187 | Commissary | | -68.79 | 55.82 |
| 02/08/08 | Payroll | 20 Payroll Adjustment | 039134 | | P/R month of 01/2008 | | 5.10 | 60.92 |
| 02/14/08 | Point of Sale | 60 Commissary | 045776 | 316126 | Commissary | | -46.01 | 14.91 |
| 02/19/08 | Disbursements | 84 Library | 050334 | Chk #64459 | 3411, DOC: 523 Fund Library, Date: 01/30/2008 | Inv. | -1.05 | 13.86 |
| 02/19/08 | Disbursements | 84 Library | 050334 | Chk #64459 | 3697, DOC: 523 Fund Library, Date: 02/18/2008 | Inv. | -.40 | 13.46 |
| 02/19/08 | Disbursements | 80 Postage | 050334 | Chk #64466 | 11758, DOC: 523 Fund Inmate Re, Inv. Date: 01/31/2008 | | -1.31 | 12.15 |
| 02/21/08 | Mail Room | 01 MO/Checks (Not Held) | 052234 | 223948 | Samuel, Susie | | 50.00 | 62.15 |
| 02/27/08 | Point of Sale | 60 Commissary | 058776 | 317183 | Commissary | | -52.79 | 9.36 |
| 03/03/08 | Mail Room | 04 Intake and Transfers In | 063234 | 128984 | Shawnee C.C. | | 5.10 | 14.46 |
| 03/14/08 | Payroll | 20 Payroll Adjustment | 074196 | | P/R month of 02/2008 | | 12.38 | 26.84 |
| 03/17/08 | Point of Sale | 60 Commissary | 077776 | 318435 | Commissary | | -22.80 | 4.04 |
| 03/17/08 | Disbursements | 90 Medical Co-Pay | 077334 | Chk #64667 | 4097, DOC: 523 Fund Inmate Rei, Inv. Date: 03/13/2008 | | -2.00 | 2.04 |
| 03/17/08 | Disbursements | 90 Medical Co-Pay | 077334 | Chk #64667 | 3721, DOC: 523 Fund Inmate Rei, Inv. Date: 02/20/2008 | | -2.00 | .04 |
| 04/08/08 | Mail Room | 01 MO/Checks (Not Held) | 099243 | 012950 | Samuel, Susie | | 25.00 | 25.04 |
| 04/10/08 | Point of Sale | 60 Commissary | 101779 | 320502 | Commissary | | -24.82 | .22 |
| 04/14/08 | Payroll | 20 Payroll Adjustment | 105196 | | P/R month of 03/2008 | | 6.56 | 6.78 |
| 04/16/08 | Disbursements | 84 Library | 107334 | Chk #64892 | 4397, DOC: 523 Fund Library, Date: 04/01/2008 | Inv. | -.10 | 6.68 |
| 04/16/08 | AP Correction | 84 Library | 107534 | Chk #64892 Voided | 4397 - DOC: 523 Fund Library | | .10 | 6.78 |
| 04/16/08 | Disbursements | 84 Library | 107334 | Chk #64893 | 4397, DOC: 523 Fund Library, Date: 04/01/2008 | Inv. | -.10 | 6.68 |
| 04/16/08 | Disbursements | 73 Court Ordered Fees | 107334 | Chk #64910 | 0006816, Clerk Of The Circuit , Date: 04/01/2008 | Inv. | -.04 | 6.64 |
| 04/22/08 | Point of Sale | 60 Commissary | 113776 | 321632 | Commissary | | -1.40 | 5.24 |
| 04/29/08 | Payroll | 20 Payroll Adjustment | 120134 | | Supplemental Payroll | | 1.38 | 6.62 |
| 05/02/08 | Mail Room | 01 MO/Checks (Not Held) | 123243 | 499325 | Burnett, Dorothy | | 50.00 | 56.62 |
| 05/02/08 | Point of Sale | 60 Commissary | 123776 | 322340 | Commissary | | -25.75 | 30.87 |
| 05/09/08 | Payroll | 20 Payroll Adjustment | 130134 | | P/R month of 04/2008 | | 6.91 | 37.78 |
| 05/14/08 | Disbursements | 73 Court Ordered Fees | 135334 | Chk #65167 | 0006816, Clerk Of The Circuit , Date: 04/01/2008 | Inv. | -5.00 | 32.78 |
| 05/14/08 | Disbursements | 73 Court Ordered Fees | 135334 | Chk #65167 | 0006816, Clerk Of The Circuit , Date: 04/01/2008 | Inv. | -25.00 | 7.78 |
| 05/14/08 | Mail Room | 01 MO/Checks (Not Held) | 135243 | 231930 | Samuel, Susie | | 50.00 | 57.78 |
| 05/16/08 | Point of Sale | 60 Commissary | 137779 | 323865 | Commissary | | -31.45 | 26.33 |
| 05/21/08 | Mail Room | 01 MO/Checks (Not Held) | 142243 | 57267990923 | Felton, Valerie | | 50.00 | 76.33 |
| 05/21/08 | Mail Room | 01 MO/Checks (Not Held) | 142243 | 57267990912 | Felton, Valerie | | 50.00 | 126.33 |
| 05/21/08 | Mail Room | 01 MO/Checks (Not Held) | 142243 | 57267990890 | Felton, Valerie | | 50.00 | 176.33 |
| 05/21/08 | Mail Room | 01 MO/Checks (Not Held) | 142243 | 57267990901 | Felton, Valerie | | 50.00 | 226.33 |
| 05/23/08 | Point of Sale | 60 Commissary | 144779 | 324578 | Commissary | | -34.75 | 191.58 |
| 06/05/08 | Point of Sale | 60 Commissary | 157776 | 325360 | Commissary | | -59.08 | 132.50 |

| | |
|---|---|
| **Total Inmate Funds:** | 132.50 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | 61.90 |
| **Funds Available:** | 70.60 |
| **Total Furloughs:** | .00 |

**Trust Fund**

View Transactions

**Inmate: N90847 Cleveland, Ronald**                    **Housing Unit: VIE-02-D -14**

| | |
|---|---:|
| **Total Inmate Funds:** | 132.50 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | 61.90 |
| **Funds Available:** | 70.60 |
| **Total Voluntary Restitutions:** | .00 |