**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **RONALD CLEVELAND,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )  CIVIL NO. 08-cv-466-JPG |
| | ) |
| **YOLANDE JOHNSON,** | ) |
| | ) |
| Respondent. | ) |

**MEMORANDUM AND ORDER**

**GILBERT, District Judge:**

In this habeas corpus action, filed pursuant to 28 U.S.C. § 2254, Petitioner brings a collateral attack on his 2004 conviction for burglary, for which he is serving a 15-year sentence. Petitioner has moved the Court for leave to proceed *in forma pauperis*.

Petitioner was convicted in Cook County, which is situated in the federal judicial district for the Northern District of Illinois. 28 U.S.C. § 93(a)(1). He is confined in this District in the Vienna Correctional Center. 28 U.S.C. § 93(c). Both this Court and the Northern District court have jurisdiction over this action. 28 U.S.C. § 2241(d). The Court finds that the Northern District is a more convenient forum for the hearing and determination of this habeas corpus action, particularly because the records of Petitioner's conviction may be found there, as may most of the participants in his trial. Pursuant to 28 U.S.C. §§ 2241(d) and 1404(a), and on the Court's own motion,

**IT IS THEREFORE ORDERED** that this action is **TRANSFERRED** to the United States District Court for the Northern District of Illinois, Eastern Division, for a determination as to whether Respondent should be held to answer the petition, 28 U.S.C. § 2243; 28 U.S.C. § 2254 Rule

4, and such further proceedings as that Court may deem appropriate.  Neither the writ of habeas corpus nor any rule to show cause shall issue in this action unless so directed by the transferee court.

**IT IS SO ORDERED.**

**Dated: July 16, 2008.**

                                                      s/ J. Phil Gilbert
                                                     **U. S. District Judge**