CJRA_T, CLOSED, FILE_CREATED, HABEAS

# U.S. District Court
## Southern District of Illinois (East St. Louis)
## CIVIL DOCKET FOR CASE #: 3:08–cv–00466–JPG

Cleveland v. Johnson et al  
Assigned to: Judge J. Phil Gilbert  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 06/30/2008  
Date Terminated: 07/16/2008  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Ronald Cleveland**     represented by  **Ronald Cleveland**  
N90847  
VIENNA CORRECTIONAL CENTER  
6695 State Route #146 East  
PO Box 100  
Vienna, IL 62995  
PRO SE

V.

**Respondent**

**Yolande Johnson**

**Respondent**

**Attorney General of the State of Illinois**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/30/2008 | 1 | PETITION for Writ of Habeas Corpus filed by Ronald Cleveland.(jaj) (Entered: 06/30/2008) |
| 06/30/2008 | 2 | MOTION for Leave to Proceed in forma pauperis by Ronald Cleveland. (jaj) (Entered: 06/30/2008) |
| 06/30/2008 | 3 | MOTION to Appoint Counsel by Ronald Cleveland. (jaj) (Entered: 06/30/2008) |
| 06/30/2008 | 4 | Letter from USDC/SDIL to Petitioner informing him of case number. (jaj) (Entered: 06/30/2008) |
| 07/16/2008 | 5 | ORDER TRANSFERRING CASE TO OTHER DISTRICT: Case transferred to United States District Court for the Northern District of Illinois, Eastern Division. Signed by Judge J. Phil Gilbert on 7/16/2008. (jwt) (Entered: 07/16/2008) |