UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Michael Dobbins, Clerk
United States District Court, Clerk's Office
219 South Dearborn, 20th Floor
Chicago, IL 60604
(08cv4068)

RECEIVED AUG 01 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08cv4068

FILED

AUG 01 2008 TG
Aug 1, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Chief Of Criminal Appeals
   Illinois Attorney General's Office
   100 W. Randolph, 12th Floor
   Chicago, IL 60601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:         ☐ No

RECEIVED JUL 21 2008
Office Of The Attorney General

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7006 0100 0001 7313 5853

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540